**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-7007**

———————

JAMES C. GREER,

                              Petitioner - Appellant,

         versus

PATRICK COUNTY,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.
(7:06-cv-00271-gec-mf)

———————

Submitted: February 15, 2007          Decided:  February 21, 2007

———————

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James C. Greer, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James C. Greer appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Greer v. Patrick County</u>, No. 7:06-cv-00271-gec-mf (W.D. Va. May 17, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>